### Ex parte Hubert George CULPEPPER.

### No. 28005.

Court of Criminal Appeals of Texas.

Dec. 14, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the Judge of the Criminal District Court No. 2 of Dallas County refusing to discharge the appellant under a writ of habeas corpus and remanding him to the custody of the sheriff of said county.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.